No. 93–1486. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF TEXAS INVESTMENT BANK, N. A. v. DAWSON ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1489. LOWERY, TREASURER OF CLEVELAND COUNTY, OKLAHOMA, ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 10th Cir. Certiorari denied.

No. 93–1519. FAIRFAX HOSPITAL v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 93–1562. MR. SPROUT, INC., ET AL. v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1569. BOARDS ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1597. COMRIE ET AL. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION. C. A. 11th Cir. Certiorari denied.

No. 93–1602. FIRST INTERSTATE BANK OF DENVER, N. A. v. DUFFIELD. C. A. 10th Cir. Certiorari denied.

No. 93–1608. McBEATH v. COOPER ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1615. ILLINOIS DEPARTMENT OF THE LOTTERY v. MARCHIANDO. C. A. 7th Cir. Certiorari denied.

No. 93–1635. PIGNATO v. AMERICAN TRANS AIR, INC. C. A. 7th Cir. Certiorari denied.

No. 93–1645. ADVANCED MICRO DEVICES, INC. v. INTEL CORP. C. A. 9th Cir. Certiorari denied.

No. 93–1650. ELJER MANUFACTURING, INC. v. KOWIN DEVELOPMENT CORP. C. A. 7th Cir. Certiorari denied.

No. 93–1654. CRUTCHFIELD v. McGREGOR. Ct. App. Ore. Certiorari denied.